# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  Case number: 5:22-cr-00046-12

**LAKESHIA NICOLE SIMON**

### DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

Lakeshia Nicole Simon, by counsel, David Schles, to provide this Court with the attached letters of support for Ms. Simon, submits this supplement to her previously filed sentencing memorandum and motion for downward variance. These letters from friends and family members are intended to demonstrate the positive impact Ms. Simon has had on the lives of others and the existence of a strong support system of people who care for and support Ms. Simon.

Ms. Simon again respectfully requests that this court impose a sentence of three (3) years probation.

Respectfully Submitted,
Lakeshia Simon
By counsel,
**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

UNITED STATES OF AMERICA

v.                                                          Case number: 5:22-cr-00046-12

LAKESHIA SIMON

CERTIFICATE OF SERVICE

    I, David Schles, counsel for defendant, Lakeshia Nicole Simon, do hereby certify that on this 28th Day of November 2022, the foregoing DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM was served upon all currently represented parties of record the following by CM/EMF electronic filing, including:

NEGAR M. KORDESTANI
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326-1713

                                                                    s/ David Schles
                                                                      David Schles, WV Bar #6375
                                                                      815 Quarrier Street
                                                                      Suite 306
                                                                      Charleston, WV 25301
                                                                      (304) 344-1559
                                                                      Schleslaw@gmail.com