UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　CRIMINAL ACTION NO. 5:22-cr-00046-12

LAKESHIA NICOLE SIMON

## MEMORANDUM OPINION AND ORDER

Pending is Defendant Lakeshia Nicole Simon's Letter-Form Motion for Early Termination of Probation, filed January 8, 2026. [ECF 876].

**I.**

On December 2, 2022, following her guilty plea to Making False Statements in Acquisition of Firearms in violation of 18 U.S.C. § 924(a)(1)(A), Ms. Simon was sentenced to five years of probation. [ECF 588]. Ms. Simon began serving her term of supervision on the same date. Ms. Simon now moves for early termination of her probation inasmuch as she has: (1) complied with supervision, and (2) maintained employment and sobriety. [*See* ECF 876].

Ms. Simon's Probation Officer notes she has: (1) maintained a positive and cooperative attitude while on supervision, (2) paid the special assessment, (3) submitted negative urine specimens, and (4) remained compliant with all other conditions of probation. Ms. Simon was also transferred to the low intensity supervision caseload given her consistent compliance. The Probation Officer thus reports that Ms. Simon meets the criteria established by the Administrative Office of the United States Courts for early termination of probation.

## II.

Pursuant to 18 U.S.C. § 3564(c), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999) (discussing early termination in the context of 18 U.S.C. § 3583(e)).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Ms. Simon's Probation Officer, the Court concludes that early termination of Ms. Simon's probation is warranted. Ms. Simon has completed approximately three years of her five-year term without incident and has demonstrated her dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Ms. Simon's conduct and the interests of justice support early termination.

## III.

Accordingly, the Court **GRANTS** Ms. Simon's Letter-Form Motion [**ECF 876**] and **TERMINATES** Ms. Simon's term of probation.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: January 30, 2026

Frank W. Volk
Chief United States District Judge